1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSE L. MADRIGAL,

11              Plaintiff,                    No. CIV S-09-0687 EFB P

12         vs.

13   J. HARTLEY, Warden,

14              Defendant.                    <u>ORDER</u>

15   _____/

16         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  He requests leave to proceed *in forma pauperis*.

18         Plaintiff alleges a violation of his civil rights in Kings County, California.  Kings County

19   is in the Fresno Division of this court and the action should have been commenced there.  *See*

20   Local Rule 3-120(d).  The court has not yet ruled on plaintiff's request to proceed *in forma*

21   *pauperis*.

22         Accordingly, it is hereby ordered that:

23         1.  This action is transferred to the Fresno Division.

24         2.  The Clerk of Court shall assign a new case number.

25   ////

26   ////

3.  All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED:  March 20, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE